593 A.2d 836

## In re APPOINTMENT TO THE PENNSYLVANIA COMMISSION ON SENTENCING.

### No. 96.

Supreme Court of Pennsylvania.

July 30, 1991.

## ORDER

AND NOW, this 30th day of July, 1991, The Honorable John L. Braxton, Philadelphia, is appointed as a member of the Pennsylvania Commission on Sentencing for a term expiring on April 27, 1993.

593 A.2d 836

## In re REAPPOINTMENT TO THE PENNSYLVANIA COMMISSION ON SENTENCING.

### No. 97.

Supreme Court of Pennsylvania.

July 30, 1991.

## ORDER

AND NOW, this 30th day of July, 1991, The Honorable Melvin G. Levy, Delaware County, is reappointed as a member of the Pennsylvania Commission on Sentencing for a two-year term commencing April 27, 1991.